JOHN W. HUBER, United States Attorney (#7226)
STEPHEN P. DENT, Assistant United States Attorney (DC 1034263)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
stephen.dent@usdoj.gov



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JESUS MIRAFUENTES-VALDEZ, Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNTS I - IV: 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine.<br><br>Case: 4:19-cr-000103<br>Assigned To : Nuffer, David<br>Assign. Date : 10/30/2019<br>Description: USA v. |
|---|---|

The Grand Jury Charges

## COUNT I
**(Distribution of Methamphetamine)**

On or about May 31, 2019, in the Central Division of the District of Utah,

**JESUS MIRAFUENTES-VALDEZ,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and

1

punishable under 21 U.S.C. § 841(b)(1)(C).

## COUNT II
### (Distribution of Methamphetamine)

On or about June 6, 2019, in the Central Division of the District of Utah,

**JESUS MIRAFUENTES-VALDEZ,**

defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable under 21 U.S.C. § 841(b)(1)(B).

## COUNT III
### (Distribution of Methamphetamine)

On or about June 12, 2019, in the Central Division of the District of Utah,

**JESUS MIRAFUENTES-VALDEZ,**

defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable under 21 U.S.C. § 841(b)(1)(B).

## COUNT IV
### (Distribution of Methamphetamine)

On or about June 25, 2019, in the Central Division of the District of Utah,

**JESUS MIRAFUENTES-VALDEZ,**

defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable under 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
STEPHEN P. DENT
Assistant United States Attorney

3